UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| DORENE EGGLESTON | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil No. 4:15-cv-00124-JMV |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration | § | DEFENDANT |

## ORDER

Having Considered the Defendant's Agreed Motion to Remand [15], the Court finds it is well-taken, and the same is hereby GRANTED.

SIGNED this 7th day of March, 2016.

 /s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE