# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | | |
|---|---|---|
| **DORENE EGGLESTON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 4:15-cv-00124-JMV |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| **Acting Commissioner of the** | § | |
| **Social Security Administration** | § | **DEFENDANT** |

## FINAL JUDGMENT

Consistent with the Order entered today, granting the defendant's Agreed Motion to Remand [15], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SIGNED this 7th day of March, 2016.

 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE