IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DORENE EGGLESTON                                                                              PLAINTIFF

V.                                                                                       NO. 4:15CV00124-JMV

COMMISSIONER OF SOCIAL SECURITY                                              DEFENDANT

## ORDER ON PETITION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's Petition [18] for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [17] dated March 7, 2016, this Court remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney's fees in the amount of $4,042.50, representing 23.1 hours of attorney time at a rate of $175.00 per hour on the grounds that she was the prevailing party, and the Commissioner's position was not "substantially justified." The Commissioner responds that there is no objection to the request for fees. Therefore, the Court finds the requested amount is reasonable.

**THEREFORE, IT IS ORDERED**:

That the Commissioner shall promptly pay to Plaintiff a total of $4,042.50 in attorney's fees and expenses for the benefit of counsel for Plaintiff.

This, 4th day of April, 2016.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE